**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*
*Federal Defender*

(916) 498-5700  Fax: (916) 498-5710

*Linda C. Harter*
*Chief Assistant Defender*

# MEMORANDUM

**FILED**

DATE:       July 8, 2008

TO:         Colleen Lydon, Courtroom Clerk to
            Honorable Edward J. Garcia

JUL - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FROM:       B. Cricket Fox, Secretary on behalf of
            Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Raemond Wesley Price
            CR-S-08-165-EJG

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for July 11, 2008, is to be continued one week to **Friday, July 18, 2008 at 10:00 a.m.**

Counsel for Mr. Price will be out of the district.

The Courtroom Clerk, Assistant United States Attorney Anne Pings, and United States Probation Officer Brenda Barron-Harrell have been notified of the new date.

IT IS SO ORDERED.

Dated: July ‾8‾ , 2007

EDWARD J. GARCIA
United States District Court

/cf
cc:    Anne E. Pings, AUSA (ECF)
       Brenda Barron-Harrell, USPO
       Raemond Wesley Price