**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# AMENDED
# MEMORANDUM

DATE:    July 9, 2008

TO:      Colleen Lydon, Courtroom Clerk to
         Honorable Edward J. Garcia

FROM:    B. Cricket Fox, Secretary on behalf of
         Matthew C. Bockmon, Assistant Federal Defender

SUBJECT: United States v. Raemond Wesley Price
         CR-S-08-165-EJG

---

This Amended Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for July 11, 2008, is to be continued to **Friday, July 25, 2008 at 10:00 a.m.**

Counsel for Mr. Price will be out of the district.

The Courtroom Clerk, Assistant United States Attorney Anne Pings, and United States Probation Officer Brenda Barron-Harrell have been notified of the new date.

IT IS SO ORDERED.

Dated: July __9__, 2007

EDWARD J. GARCIA
United States District Court

/cf
cc: Anne E. Pings, AUSA (ECF)
    Brenda Barron-Harrell, USPO
    Raemond Wesley Price

**FILED**
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK