**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**
JUL 23 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DATE: July 8, 2008

TO: Colleen Lydon, Courtroom Clerk to Honorable Edward J. Garcia

FROM: Katina Whalen, on behalf of Matthew C. Bockmon, Assistant Federal Defender

SUBJECT: United States v. Raemond Wesley Price
CR-S-08-165-EJG

---

Please continue the Judgment and Sentencing, presently scheduled for July 25, 2008, to **Friday, August 8, 2008 at 10:00 a.m.** Assistant United States Attorney Anne Pings, and United States Probation Officer Brenda Barron-Harrell have no objection to the new scheduled date.

If you have any questions concerning the above, please feel free to contact me.

IT IS SO ORDERED.

DATED: 7/23/08

_____
EDWARD J. GARCIA
United States District Court Judge

MB:kw
cc: Anne E. Pings, AUSA (ECF)
Brenda Barron-Harrell, USPO
Raemond Wesley Price