**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE:   August 4, 2008

TO:     Colleen Lydon, Courtroom Clerk to
        Honorable Edward J. Garcia

FROM:   Debra Lancaster, on behalf of
        Matthew C. Bockmon, Assistant Federal Defender

SUBJECT: United States v. Raemond Wesley Price
         CR-S-08-165-EJG

---

Please continue the Judgment and Sentencing, presently scheduled for August 8, 2008, to **Friday, August 29, 2008 at 10:00 a.m.** Assistant United States Attorney Anne Pings, and United States Probation Officer Brenda Barron-Harrell have no objection to the new scheduled date.

If you have any questions concerning the above, please feel free to contact me.

IT IS SO ORDERED.

DATED: 8/4/08

EDWARD J. GARCIA
United States District Court Judge

MB:dl
cc:   Anne E. Pings, AUSA (ECF)
      Brenda Barron-Harrell, USPO
      Raemond Wesley Price

**FILED**
AUG 04 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK