**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*     (916) 498-5700  Fax: (916) 498-5710     *Linda C. Harter*
*Federal Defender*     *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       August 27, 2008

TO:         Colleen Lydon, Courtroom Clerk to
            Honorable Edward J. Garcia

FROM:       Debra Lancaster, on behalf of
            Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    <u>United States v. Raemond Wesley Price</u>
            CR-S-08-165-EJG

---

      Please continue the Judgment and Sentencing, presently scheduled for August 29, 2008, to **Friday,  September 26, 2008 at 10:00 a.m.**  Assistant United States Attorney Anne Pings, and United States Probation Officer Brenda Barron-Harrell have no objection to the new scheduled date.

      If you have any questions concerning the above, please feel free to contact me.


IT IS SO ORDERED.

DATED: August 27, 2008          /s/ EDWARD J. GARCIA
                                               United States District Court Judge